EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
ROSS C. MOODY
Deputy Attorney General
JULIET B. HALEY
Deputy Attorney General
State Bar No. 162823
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-3664
 Telephone: (415) 703-5960
 Fax: (415) 703-1234
 Email: juliet.haley@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES E. JOHNSON,**<br><br>Petitioner,<br><br>v.<br><br>**KATHY PROSPER, Warden,**<br><br>. | C 07-2574 JF (PR) |

**RESPONDENT'S ANSWER TO THE COURT'S ORDER TO SHOW CAUSE**

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
ROSS C. MOODY
Deputy Attorney General
JULIET B. HALEY
Deputy Attorney General
State Bar No. 162823
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5960
  Fax: (415) 703-1234
  Email: juliet.haley@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. JOHNSON,<br><br>  Petitioner,<br><br>v.<br><br>KATHY PROSPER, Warden,<br><br>. | C 07-2574 JF (PR)<br><br>**RESPONDENT'S ANSWER TO THE COURT'S ORDER TO SHOW CAUSE** |

Respondent hereby provides this Answer to the Order to Show Cause why the petition should not be granted.

**I.**

**CUSTODY**

Petitioner James E. Johnson is lawfully in the custody of respondent within the meaning of the federal habeas corpus statute, 28 U.S.C. §§ 2241(c)(3) and 2254(d), pursuant to a valid judgment of the Santa Clara County Superior Court, a Santa Clara County jury having found petitioner guilty of home invasion robbery, burglary, and false imprisonment. The jury also found that petitioner was personally armed and personally used a BB gun during the commission of the offenses, and that petitioner had previously suffered a prior conviction. On January 13, 2003, the superior court sentenced petitioner to 21 years in state prison.

## II.

## PROCEDURAL ISSUES

Petitioner has exhausted his state remedies as to the claims herein presented and the petition is timely. 28 U.S.C. § 2244(d).

## III.

## DENIAL OF CLAIMS

Respondent denies that petitioner suffered any deprivation of constitutional rights supporting habeas corpus relief. Specifically, respondent denies that petitioner's rights pursuant to the Confrontation Clause were denied by the admission of evidence regarding his prior robbery conviction; that his statements were admitted in violation of *Miranda v. Arizona,* 384 U.S. 436 (1966), or were involuntary; that the admission of several pieces of evidence denied him due process; or that the failure to give instructions regarding the charge of conspiracy lowered the prosecutor's burden of proof or denied him a fair trial.

Respondent last asserts that none of these claims entitle petitioner to relief because he has failed to establish that the state court's denial of these claims was either an unreasonable application of clearly established federal law as determined by the United States Supreme Court or resulted in a decision based on an unreasonable determination of the facts in light of the evidence presented to the state courts. Respondent incorporates by reference the accompanying memorandum of points and authorities in support of this denial.

## IV.

## TRANSCRIPTS AND RECORDS

Copies of the transcript of petitioner's trial together with copies of the briefs filed on direct appeal have been lodged with this Court. These documents constitute all relevant documents and hearing transcripts necessary for this Court's decision. So far as respondent is aware, all relevant state reported proceedings have been transcribed. Rule 5, Rules Governing Section 2254 Case.

///

///

1  ///

Respondent's Answer To The Court's Order To Show Cause - C 07-2574 JF (PR)

3

**CONCLUSION**

Accordingly, respondent respectfully requests that the petition be denied with prejudice.

Dated: November 16, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

ROSS C. MOODY
Deputy Attorney General


 /s/  JULIET B. HALEY
Deputy Attorney General

Attorneys for Respondent

JBH/cfl
SF2007402623
40187572.wpd

Respondent's Answer To The Court's Order To Show Cause - C 07-2574 JF (PR)

4