1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  ROSS C. MOODY
   Deputy Attorney General
5  JULIET B. HALEY
   Deputy Attorney General
6  State Bar No. 162823
      455 Golden Gate Avenue, Suite 11000
7     San Francisco, CA 94102-3664
      Telephone: (415) 703-5960
8  Fax: (415) 703-1234
      Email: juliet.haley@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
   **JAMES E. JOHNSON,**                          C 07-2574 JF (PR)
13
                                    Petitioner,
14
             **v.**
15
   **KATHY PROSPER, Warden,**
16
                                              .
17

18                  **NOTICE OF LODGED EXHIBITS**

1    EDMUND G. BROWN JR.
     Attorney General of the State of California
2    DANE R. GILLETTE
     Chief Assistant Attorney General
3    GERALD A. ENGLER
     Senior Assistant Attorney General
4    ROSS C. MOODY
     Deputy Attorney General
5    JULIET B. HALEY
     Deputy Attorney General
6    State Bar No. 162823
        455 Golden Gate Avenue, Suite 11000
7       San Francisco, CA 94102-3664
        Telephone: (415) 703-5960
8       Fax: (415) 703-1234
        Email: juliet.haley@doj.ca.gov
9    Attorneys for Respondent

10                   IN THE UNITED STATES DISTRICT COURT

11               FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
     **JAMES E. JOHNSON,**                        C 07-2574 JF (PR)
13
                                   Petitioner,    **NOTICE OF LODGED**
14                                                **EXHIBITS**
              **v.**
15
     **KATHY PROSPER, Warden,**
16
                                            .
17

18

19   Exhibit A1      Augmented Clerk's Transcripts (4 volumes)

20   Exhibit A2      Supplemental Clerk's Transcripts (2 volumes)

21   Exhibit B       Reporter's Transcripts

22   Exhibit C       California Court of Appeal Opinion

23   Exhibit D       Petition for Review

24   Exhibit E       California Supreme Court Order denying review.

25   Exhibit F       Appellant's Opening Brief

26   Exhibit G       Appellant's Reply Brief

27

28

     Notice of Lodged Exhibits   - C 07-2574 JF (PR)
                                  1

1        Dated:  November 16, 2007

2                     Respectfully submitted,

3                     EDMUND G. BROWN JR.
                       Attorney General of the State of California

4                     DANE R. GILLETTE
                       Chief Assistant Attorney General

5

                     GERALD A. ENGLER
6                     Senior Assistant Attorney General

7                     ROSS C. MOODY
                     Deputy Attorney General

8

9                      /s/  JULIET B. HALEY
10                    Deputy Attorney General

                     Attorneys for Respondent
11

12  JBH/cfl
    SF2007402623
13  40187570.wpd

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Lodged Exhibits   - C 07-2574 JF (PR)

2