NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. JOHNSON, | ) | No. C 07-02574 JF (PR) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| KATHY PROSPER, Warden, | ) ) | |
| Respondent. | ) ) ) | |

The Court has denied the instant petition for writ of habeas corpus on the merits.  Therefore, judgment is entered in favor of Respondent.  Petitioner shall take nothing by way of his petition.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/31/2009

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\HC.07\Johnson574_judgment.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES E JOHNSON,

        Petitioner,

  v.

KATHY PROSPER, Warden,

        Respondent.
                                          /

Case Number: CV07-02574 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  8/31/2009 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James E. Johnson V-20792
CSP-Solano II
California State Prison-Solano
P.O. Box 4000
Vacaville, CA 95696

Dated:  8/31/2009

                                    Richard W. Wieking, Clerk